Fill in this information to identify your case and this filing:

Debtor 1: **Andrew William Spanswick**
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number: 2:19-bk-22427

☑ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1
Street address: **1155 N. La Cienega Blvd. #1114**
City: **West Hollywood**  State: **CA**  ZIP Code: **90069-0000**
County: **Los Angeles**

What is the property? Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Current value of the entire property? **$750,000.00**
Current value of the portion you own? **$750,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............=>  **$750,000.00**

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Official Form 106A/B                    Schedule A/B: Property                    page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 **Andrew William Spanswick**  Case number (if known) **2:19-bk-22427**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1 Make: **Triumph**
   Model: **T3**
   Year: **1958**
   Approximate mileage: **300,000**
   Other information:

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $5,000.00 | $5,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................=>   **$5,000.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   > Miscellaneous household furniture ( 1 bed, 1 sofa, 6 bar stool, 3 chairs, 1 desk, 3 tv,  2 lap computers, 1 desktop computer)
   > Location: 1155 N. La Cienega Blvd. #1114, West Hollywood CA 90069

   $1,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   > Ceramic folk art (2)
   > seized by Judgment Creditor- Presidential Healthcare Credit Corp
   > Substitute Custodian c/o
   > Onyx Asset Advisors, LLC
   > 555 W. 5th St., 35th Floor
   > Los Angeles, CA 90013

   Unknown

| Description | Value |
|---|---|
| Distinguished service medals, including purple heart (6)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Book Collectibles Playboy cover to cover<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Chateau Larois Ducasse (2 cases)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| 2012 tour St. Christophe (2 cases)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Dom Perignon 2006 vintage (2 bottles)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Chateau de Beau Castel (1 case)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Gold banknotes (3)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Two headed African art mask<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |

| Property | Value |
|---|---|
| Gold Egg (Faberge style) (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Miscellaneous graded coins (22) (1 ungraded)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| U.S. 1865 coin & 1961 South African silver coin<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Purple heart + distinguished service (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Pre-Columbian bronze type weight (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Box of 51 medical slides (first half of 20th century) (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Collector pens (2 Mont Blanc & Ferrari) (3)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| 2017 gold Austrailian coins (9)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |

| Property | Value |
|---|---|
| 2017 U.S. Mint limited edition silver proof set (8 sets)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Commemorative coins 1778-1976 (3 coins)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Military medals-silver star, bronze star, and unknown (3)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| 1967 coin series (4 sets)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| $50 gold coin iin sealed box (1 box)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Case sets of miscellaneous coins (4 sets)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Sets of 1776 coins (boxed)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Chinese opium pipes (3)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |

| Item | Value |
|---|---|
| Antelope skull & horns (2)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Framed contemporary girl with pez (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Oil on wood panel of skull in suit (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Framed and glazed oil paper (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Framed and glazed headshot (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | $0.00 |
| Domino collage (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Oil on canvas, 3 graces<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Framed mixed media center (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |

| Property | Value |
|---|---|
| Early photograph signed-sailor/woman (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Led Zeppelin commemorative poster (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Acrylic on board-swimsuit (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Lionel cuts-signed AWS<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Framed photo-snow & trees (signed) (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Acrylic Paula Blackwell drawbridge (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Acrylic on wood-sweat of the sun (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Multiple print 12/250-signed Morton Eisner (250)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |

| Property | Value |
|---|---|
| Framed photograph-signed Paris scene (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Framed Asian prints (2)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Silver ring-black stone (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Coin collection 1967<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Canadian coin (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| $1 bills in cases<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| 1986 coin in velvet box<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Dime in plastic bag (mercury)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |

| | |
|---|---:|
| Silver matchbox (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Lion dollars (silver)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Carson City silver dollar (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Wood bows (2)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Distinguished service medal (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Fahrenheit 451 book signed by Bradbury (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Pieces of African folk art (2)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Otoscope (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |

| Property | Value |
|---|---|
| To Kill A Mockingbird book-9th printing (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| The Worm and Ring Book (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Uncle Tom's Cabin-boxed and unbound (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| In Cold Blood book signed by Capote<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Rauzan-Segla 2005 Margaux (4)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Silver Oak (magnum) 2012 (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Chateau d' yquem (1987) (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Chateau Branaire Durcru (2009) (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |

| Description | Value |
|---|---|
| Chateau de Beaucrastel (2010)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Chateau Leoville Barton (2009) (4)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Brunello Montalcino (2010) (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Penfolds Grang (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Telegramme (2011) (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Chateau Leoville Koyferre (2000) (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| Description | Value |
|---|---|
| One Nikkon Camerca B7<br>Location: 1155 N. La Cienega Blvd. #1114, West Hollywood CA 90069 | $200.00 |

| | |
|---|---|
| Carter jersey-Kings #77 signed (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Taffoli jersey-Kings #73 signed (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Nieuwendyk jersey- Kings #25 signed All Star game (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Pearson jersey-Kings #70 signed (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Budaj jersey-signed #34<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Signed NFL football- "best wishes" and signature (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Painted helmet-signed Max (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No

| Debtor 1 | Andrew William Spanswick | Case number (if known) | 2:19-bk-22427 |
|---|---|---|---|

☒ Yes. Describe.....

| Miscellaneous clothing (15 shirts, 2 suits, 10 pants, 25 sweaters/jackets, 5 pairs of shoes)<br>Location: 1155 N. La Cienega Blvd. #1114, West Hollywood CA 90069 | $100.00 |
|---|---|

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☒ Yes. Describe.....

| Two Watches (Brietling & Swiss) | $700.00 |
|---|---|

| Man's power neckless-antique coin silver and lion claws<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
|---|---|

| Beaded necklace (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
|---|---|

| 2 ctw diamond solitaire designer ring (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
|---|---|

| 90 ctw diamond 1/2 ct center designer ring<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
|---|---|

| Emerald/diamond (possibly) ring (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
|---|---|

| Rolex Datejust stainless steel (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
|---|---|

Official Form 106A/B                    Schedule A/B: Property                    page 13
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | |
|---|---|
| Rando men's watch (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Patekphillipe (possibly fake) men's watch<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Men's watches (4)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Wedding bands-men's (2)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Men's pocket watch (1)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | $0.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| One dog<br>Location: 1155 N. La Cienega Blvd. #1114, West Hollywood CA 90069 | $0.00 |

14. Any other personal and household items you did not already list, including any health aids you did not list
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................... | **$2,000.00**

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions.

| Debtor 1 | Andrew William Spanswick | Case number (if known) | 2:19-bk-22427 |
|---|---|---|---|

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes............................................................................................................

| | | |
|---|---|---|
| | Cash | $300.00 |

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes......................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | HSBC account ending 7896 | $1,500.00 |
| 17.2. | Checking | Wells Fargo accout ending 8878 | $0.00 |
| 17.3. | Checking | Wells Fargo account ending 6151 | $0.00 |
| 17.4. | Checking | Bank of Americ account ending 6551 | $0.00 |
| 17.5. | Savings | Bank of America account ending 6548 | $0.00 |
| 17.6. | | Green Dot Bank | $152.00 |
| 17.7. | Commerical Banking | Wells Fargo account ending 6012<br>433 N. Camden Dr. , Suite 505<br>Beverl Hills, CA 90210 | $0.00 |
| 17.8. | Commerical Banking | Wells Fargo account ending 1718<br>433 N. Camden Dr. , Suite 505<br>Beverl Hills, CA 90210 | $0.00 |
| 17.9. | Commerical Banking | Wells Fargo account ending 1882<br>433 N. Camden Dr. , Suite 505<br>Los Angeles, CA 90210 | $0.00 |
| 17.10. | Commerical Banking | Wells Fargo account ending 0795<br>433 N. Camden Dr. , Suite 505<br>Beverly Hills, CA 90210 | $0.00 |
| 17.11. | Commerical Banking | Wells Fargo account ending 8131<br>433 N. Camden Dr. , Suite 505<br>Beverly Hills, CA 90210 | $0.00 |

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................    Institution or issuer name:

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture
☐ No

☒ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| White Rabbit Partners, Inc.<br>9000 W. Sunset Blvd, Suite 1500<br>West Hollywood, CA 90069 | 38.9 % | Unknown |
| White Rabbit Partners, LLC (CA)<br>c/o Registered Agent Inc.<br>769 Baque Way, Suite 300<br>Carson City, NV 89706 | 1 % | Unknown |
| White Rabbit Partners, LLC (NV)<br>c/o CT Corporation<br>818 W. Seventh St., Suite 930<br>Los Angeles, CA 90017 | 1 % | Unknown |
| Portland IOP, LLC<br>c/o CT Corporation System<br>780 Commercial St. SE, Suite 100<br>Salem, OR 97301 | 1 % | Unknown |
| Well In Mind<br>c/o CT Corporation System<br>818 W. Seventh St., Suite 930<br>Los Angeles, CA 90017 | 1 % | Unknown |
| KPG Astoria LLC<br>c/o CT Corporation System<br>780 Commercial St. SE, Suite 100<br>Salem, OR 97301 | 1 % | Unknown |
| KPG California, LLC<br>c/o CT Corporation System<br>818 W. Seventh St., Suite 930<br>Los Angeles, CA 90017 | 1 % | Unknown |
| KPG Oregon, LLC<br>c/o CT Corporation System<br>780 Commercial St., SE<br>Suite 100<br>Salem, OR 97301 | 1 % | Unknown |
| LA Pine KTC, LLC<br>c/o CT Corporation System<br>780 Commercial St., SE<br>Suite 100<br>Salem, OR 97301 | 1 % | Unknown |
| Klean Astoria-OR, LLC<br>1230 Marine Dr., Suite 201<br>Astoria, OR 97103 | 1 % | Unknown |

| Debtor 1 | Andrew William Spanswick | Case number (if known) | 2:19-bk-22427 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | Klean Long Beach, WA, LLC<br>c/o CT Corporation System<br>711 Capital Way S., Suite 204<br>Olympia, WA 98501 | 1 % | Unknown |
| | Klean Physicians Group, LLC<br>c/o CT Corporation System<br>780 Commercial Street, SE<br>Suite 100<br>Salem, OR 97301 | 1 % | Unknown |
| | Klean W. Hollywood, LLC<br>c/o CT Corporation System<br>818 W. Seventh St, Sute 930<br>Los Angeles, CA 90017 | 1 % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| IRA | Etrade IRA account ending 4679 | $5,009.00 |
| | Etrade IRA account ending 7939 | Unknown |
| IRA | Virtalis IRA<br>6333 N State Hghway 161, 4th floor,<br>Irving TX 75038-2200 | $4,900.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

Debtor 1 **Andrew William Spanswick**  Case number (if known) 2:19-bk-22427

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2018 federal tax refund | federal | $8,034.00 |
|---|---|---|
| 2016 state tax refund | State | $28,230.00 |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☐ No

| Debtor 1 | Andrew William Spanswick | Case number (if known) | 2:19-bk-22427 |

■ Yes. Give specific information..

| | |
|---|---|
| Bitcoins (10)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Dimes (22 count) and dimes (28 count)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |
| Pennies (100)<br>seized by Judgment Creditor- Presidential Healthcare Credit Corp<br>Substitute Custodian c/o<br>Onyx Asset Advisors, LLC<br>555 W. 5th St., 35th Floor<br>Los Angeles, CA 90013 | Unknown |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................... **$48,125.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
   *Examples:* Season tickets, country club membership
   ☐ No
   ■ Yes. Give specific information.........

| | |
|---|---|
| Books (50), Records (250), Art Prints, 2 Oil Paintings; Sculptures (2); Paintings; (6); Photographs (7)<br>Location: 1155 N. La Cienega Blvd. #1114, West Hollywood CA 90069 | $6,000.00 |
| Peleton Bike<br>Location: 1155 N. La Cienega Blvd. #1114, West Hollywood CA 90069 | $200.00 |

| Debtor 1 | Andrew William Spanswick | Case number (if known) | 2:19-bk-22427 |
|---|---|---|---|

54. Add the dollar value of all of your entries from Part 7. Write that number here .................................. $6,200.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 .................................................................................................... $750,000.00
56. Part 2: Total vehicles, line 5 — $5,000.00
57. Part 3: Total personal and household items, line 15 — $2,000.00
58. Part 4: Total financial assets, line 36 — $48,125.00
59. Part 5: Total business-related property, line 45 — $0.00
60. Part 6: Total farm- and fishing-related property, line 52 — $0.00
61. Part 7: Total other property not listed, line 54 — + $6,200.00

62. Total personal property. Add lines 56 through 61... $61,325.00   Copy personal property total   $61,325.00

63. Total of all property on Schedule A/B. Add line 55 + line 62   $811,325.00